UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.  8:20-cv-01955-SDM-CPT

**WANDA KOEHN**,

     Plaintiff,

vs.

**STUMPY'S HATCHET HOUSE, LLP,
a foreign limited liability partnership,**

     Defendant.

_____/

## <u>NOTICE OF SETTLEMENT</u>

Plaintiff WANDA KOEHN, by and through her undersigned Counsel, hereby gives notice that the parties have reached a settlement, in principle, with respect to Plaintiff's individual claims. In light of the parties' settlement, Plaintiff respectfully requests that the Court dismiss this action with leave to reopen the case in sixty (60) days from today's date in the event dismissal documents have not been submitted by that date.  Plaintiff also requests that the Court adjourn all pending dates and deadlines.

     Respectfully submitted,

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
4800 N. Hiatus Road
Sunrise, FL 33351
T. 954/362-3800
954/362-3779 (Facsimile)
Email:  rhannah@rhannahlaw.com


By____*s/ Roderick V. Hannah*_____
     RODERICK V. HANNAH
     Fla. Bar No. 435384

**LAW OFFICE OF PELAYO
DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email: pduran@pelayoduran.com


By ___*s/ Pelayo M. Duran*_____
     PELAYO M. DURAN
     Fla. Bar No. 014659

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of October, 2020, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Dennis D. Leone, Esq.
**SHANKMAN LEONE, P.A.**
707 N. Franklin Street, 5th Floor
Tampa, Florida 33602
Telephone (813) 223-1099
Facsimile (813) 223-1055
dleone@shankmanleone.com

*Attorneys for Defendant,*
*Stumpy's Hatchet House, LLP*

     /s/ *Roderick V. Hannah*
       Roderick V. Hannah