UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WANDA KOEHN,

    Plaintiff,

v.                                                        CASE NO. 8:20-cv-1955-T-23CPT

STUMPY'S HATCHET
HOUSE, LLP,

    Defendant.
_____/

**ORDER**

    The plaintiff announces (Doc. 11) a settlement of this action.  Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to move to vacate the dismissal for good cause.  The clerk is directed to close the case.

    ORDERED in Tampa, Florida, on October 23, 2020.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE