UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.  8:20-cv-01955-SDM-CPT

**WANDA KOEHN**,

    Plaintiff,

vs.

**STUMPY'S HATCHET HOUSE, LLP,**
**a foreign limited liability partnership,**

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL *WITH PREJUDICE*

    Plaintiff WANDA KOEHN, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all of her claims in this action *with prejudice*.

    Dated:  December 22, 2020.


    Respectfully submitted,


| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
| RODERICK V. HANNAH | PELAYO M. DURAN |
| Fla. Bar No. 435384 | Fla. Bar No. 0146595 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of December, 2020, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Dennis D. Leone, Esq.
**SHANKMAN LEONE, P.A.**
707 North Franklin Street, 5th Floor
Tampa, Florida 33602
Telephone (813) 223-1099
Facsimile (813) 223-1055
dleone@shankmanleone.com

*Attorneys for Defendant,*
*STUMPY'S HATCHET HOUSE LLP*

    /s/ *Roderick V. Hannah*
       Roderick V. Hannah