UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WANDA KOEHN,

    Plaintiff,

v.                                                    CASE NO. 8:20-cv-1955-T-23CPT

STUMPY'S HATCHET
HOUSE, LLP,

    Defendant.
_____/

## ORDER

In accord with the plaintiff's notice (Doc. 13), this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

ORDERED in Tampa, Florida, on December 23, 2020.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE